AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Alberto Ruiz-Lorenzo

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2015-JAH

I, Alberto Ruiz Lorenzo the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325

8 USC 1325 Illegal Entry (Felony); Illegal Entry (Felony).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on 6/17/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

+ Alberto Ruiz

Defendant

Counsel for Defendant

Before ____________________

JUDICIAL OFFICER

FILED

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY